[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10825
Non-Argument Calendar

_____

D.C. Docket No. 5:17-cr-00041-RH-MJF-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN LOWELL GOFF,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(February 12, 2020)

Before MARTIN, ROSENBAUM and BRANCH, Circuit Judges.

PER CURIAM:

Jean Marie Downing, appointed counsel for John Goff in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Goff's conviction and sentence are **AFFIRMED**.